11-MC-05006-PRO

FILED ____ LODGED
____ RECEIVED
APR 11 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEGGY KANE,

    Defendant,

and

DEPT. OF RETIREMENT SYSTEMS, STATE OF WASHINGTON,

    Garnishee.

No. 11-MC-5006 BHS

(CR10-5267RJB-1)

[PROPOSED]
ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment against Dept. of Retirement Systems, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Dept. of Retirement Systems, State of WA, Att: Sharon Houseman, 6835 Capitol Blvd., Tumwater, WA 98501.

DATED this 11 day of April, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

Order to Issue Writ of Continuing Garnishment
WP.380

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271